UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DONALD WILLIAMS

                       Plaintiff,

-against-

THE NEW YORK CITY HOUSING
AUTHORITY and UNITEC ELEVATOR CO.,

                       Defendants.
----------------------------------------------------------------X

ORDER

06-CV-5473 (NGG) (LB)

NICHOLAS G. GARAUFIS, United States District Judge.

On December 22, 2009, Magistrate Judge Lois Bloom issued a Report and Recommendation ("R&R") concerning the amount of attorney's fees to be awarded to the New York City Housing Authority ("NYCHA"). (Docket Entry # 46.) Plaintiff twice sought, and twice was granted, an extension of time to object to the R&R. (Docket Entry ## 47, 48, 49.) Plaintiff's final extension expired on February 11, 2010. (See Docket Entry # 48.) The court has reviewed the R&R and hereby adopts it in its entirety. Accordingly, NYCHA is awarded attorney's fees in the amount of $3,625, to be paid by Plaintiff.

SO ORDERED.

s/Nicholas G. Garaufis

Dated: Brooklyn, New York
       February 17, 2010

NICHOLAS G. GARAUFIS
United States District Judge