UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

DONALD WILLIAMS,

                              Plaintiff,

-against-

THE NEW YORK CITY HOUSING
AUTHORITY and UNITEC ELEVATOR CO.,

                              Defendants.
----------------------------------------------------------------X

**ORDER**

**06-CV-5473 (NGG) (LB)**

NICHOLAS G. GARAUFIS, United States District Judge.

On February 17, 2010, the court entered an order (the "Order") (Docket Entry # 51) adopting Magistrate Judge Lois Bloom's Report and Recommendation ("R&R") (Docket Entry # 46) concerning attorney's fees to be awarded to the New York City Housing Authority ("NYCHA"). In the Order, the court noted that pro se Plaintiff had failed to object by February 11, when the extension of his time to do so expired.

Plaintiff now objects to the R&R on two grounds. (See Docket Entry #50.) First, he asserts that Judge Bloom should have recommended a lower award in light of his financial circumstances. Second, Plaintiff claims that NYCHA's counsel could have litigated this matter in a more cost-effective manner. Notably, Plaintiff also concedes that his Complaint "appears frivolous" and that the imposition of sanctions was within the court's discretion. Although Plaintiff's objection is untimely, the court addresses it nonetheless.

Before issuing its Order, the court thoroughly reviewed the parties' submissions to Judge Bloom regarding attorney's fees, as well as the R&R itself. The court has now considered de novo the issues Plaintiff raises in his tardy objection and concludes that these issues were

correctly evaluated in the R&R. See Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1). Nothing in Plaintiff's submission undermines the conclusions that the Order adopted.

SO ORDERED.

Dated: Brooklyn, New York
      February 19, 2010

s/Nicholas G. Garaufis
_____
NICHOLAS G. GARAUFIS
United States District Judge